IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARY MELSON | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 14 CV 01624 |
| AMERICAN GREETINGS CORPORATION, et al. | ) ) ) | |
| Defendants. | ) ) | |
| JEWEL FOOD STORES, INC., | ) ) ) | |
| Defendant/ Cross Plaintiff, | ) ) | |
| v. | ) ) | |
| AMERICAN GREETINGS CORPORATION, | ) ) | |
| Defendant/Cross Defendant. | ) | |

## CROSSCLAIM FOR CONTRIBUTION

Defendant/Cross Plaintiff, JEWEL FOOD STORES, INC., (hereinafter referred to as "JEWEL") by its attorneys, KAVATHAS AND CASTANES, for its Crossclaim for Contribution against Defendant/Cross Defendant, AMERICAN GREETINGS CORPORATION (hereinafter referred to as "AMERICAN") states:

1. Plaintiff, MARY MELSON, filed a First Amended Complaint at Law alleging personal injury arising out of an incident on March 12, 2012 at the Jewel Food Store located at 750 Army Trail Road, Carol Stream, Illinois.

2. JEWEL has filed its Amended Answer to the First Amended Complaint denying liability.

3. At all times relevant hereto, it was the duty of AMERICAN to use reasonable care while working on JEWEL's premises at the aforesaid location.

4. AMERICAN, by and through its employees and agents, breached the aforesaid duty by committing one or more of the foregoing negligent acts and/or omissions, which contributed to the alleged injuries and damages of Plaintiff, MARY MELSON:

(a) Negligently and carelessly failed to clean up debris where it was working so as to furnish to the Plaintiff and others a safe walking area, free from hazards which were recognized or should have been recognized by AGC, as causing or likely to cause physical harm to the Plaintiff and others;

(b) Negligently and carelessly failed to maintain its work area at or near where the Plaintiff fell;

(c) Negligently and carelessly created a walking hazard in the form of debris on the floor in that invitees could unknowingly trip and fall because of said hazard;

(d) Allowed and permitted an unsafe condition consisting of debris to remain on the floor of the aforesaid premises when the Defendant knew, or in the exercise of ordinary care should have known, that said debris created a dangerous condition for Plaintiff and others;

(e) Negligently and carelessly failed to exercise reasonable care to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others.

5. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions, the Plaintiff, MARY MELSON, claims injury.

6. If JEWEL is found liable to the Plaintiff, MARY MELSON, which liability is expressly denied, then JEWEL is entitled to contribution pursuant to 740 ILCS 100/0.01 et seq., from AMERICAN for its relative degree of culpability in contributing to or causing all or a substantial portion of the alleged injuries and damages of MARY MELSON.

WHEREFORE, Defendant/Cross Plaintiff, JEWEL FOOD STORES, INC., prays that if judgment is entered in favor of MARY MELSON and against JEWEL, that this Court enter judgment in favor of JEWEL in such an amount by way of contribution that would be commensurate with Defendant/Cross Defendant, AMERICAN GREETINGS CORPORATION's

relative degree of culpability in contributing to, causing all of or a substantial portion of the injuries and damages alleged by MARY MELSON as set forth in her First Amended Complaint at Law.

                                    JEWEL FOOD STORES, INC.

                                    By: /s/ Theodore J. Castanes
                                            Attorney for Defendant

KAVATHAS AND CASTANES
33 North Dearborn Street, Suite 502
Chicago, Illinois 60602
(312) 332-1700
(312) 332-0654 (Fax)
ted@k-c.net