23-6688-00-8/PSR
Firm I.D. No. 90181

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY MELSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN GREETINGS CORPORATION, ) <br> and, JEWEL FOOD STORES, INC., ) <br> ) <br> Defendants. ) <br> ———————————————— ) <br> ) <br> JEWEL FOOD STORES, Inc., ) <br> ) <br> Defendant/Cross-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN GREETINGS CORPORATION, ) <br> ) <br> Defendant/Cross-Defendant. ) | No. 14-CV-01624 <br><br> Judge: Robert M. Dow, Jr. <br> Magistrate Judge Mary M. Rowland |

## JOINT STATUS REPORT

**A.** **Attorneys of record:** P. Scott Ritchie and Paul W. Daugherity, Clausen Miller, P.C., 10 S. LaSalle Street, Chicago, IL 60603, attorneys of record for American Greetings Corporation; Theodore J. Castanes, Kavathas & Castanes, 33 North Dearborn Street, Suite 502, Chicago, IL 60602, attorney of record for Jewel Food Stores, Inc.; and Octavio Duran, Jr. and Matthew Willens; Willens Law Offices, PC, 30 North LaSalle Street, Suite 3450, Chicago, IL 60602, attorneys of record for Plaintiff. The attorneys expected to try the case, should it go to trial, are P. Scott Ritchie, Matthew Willens, and Ted Castanes and Samuel A. Kavathas.

14927271

B. **Jurisdiction:** This matter was originally filed in the Circuit Court of DuPage County, Illinois, and assigned Case No. 13 L 1119. The case was removed to the Northern District of Illinois on March 7, 2014, pursuant to diversity jurisdiction.

C. **Nature of Claims asserted in the Complaint and Counterclaim:** Plaintiff's Complaint is an action for personal injuries Plaintiff alleges she suffered after she fell at a Jewel Food Store. Plaintiff alleges that she fell on or near materials being utilized by American Greetings Corporation while in the course of setting up a card display in the Jewel Food Store. Both American Greetings Corporation and Jewel Food Stores have denied liability, and have filed Affirmative Defenses in response to Plaintiff's Complaint, alleging, among other things, comparative and contributory negligence. Jewel Food Store has filed a Crossclaim for Contribution against American Greetings Corporation, alleging that American Greetings Corporation failed to clean up debris where it was working, failed to maintain the work area near where Plaintiff fell; and created a walking hazard in the form of debris on the floor near where Plaintiff was walking.

D. **Service of Process on Other Parties:** There are no other parties to this matter that have not been served.

E. **Legal Issues:** The legal issues concern any insurance coverage Jewel alleges that it was owed by American Greetings Corporation and indemnity issues regarding the same. Jewel may seek leave to file a Third Party Complaint for Declaratory Judgment against Zurich Insurance and may seek leave to amend its Crossclaim against American Greetings to add a Count for Breach of Contract.

F. **Factual Issues:** Factual issues include how Plaintiff slipped and fell and the source of the objects on which Plaintiff allegedly slipped and fell; issues concerning any

2

insurance coverage Jewel alleges was provided by American Greetings Corporation to Jewel, and indemnity issues surrounding the same.

  **G.** **Settlement Discussions to Date and Settlement Potential:** To date no settlement discussions have proceeded and no settlement demand has been made.

  **H.** **Jury Trial Demand**: Plaintiff made a jury demand in her Complaint. American Greetings Corporation made a jury demand in the Civil Cover Sheet (Docket #1).

  **I.** **Discovery Taken to Date and Anticipated in the Future**: Plaintiff and American Greetings Corporation have made F.R.C.P. 26(a)(1) Disclosures. Plaintiff has answered interrogatories and request to produce issued by American Greetings Corporation. American Greetings Corporation has issued subpoenas for the contents of Plaintiff's medical records from her treatment providers. The parties are to issue written discovery and make F.R.C.P. 26(a)(1) Disclosures on or before May 28, 2014. The parties are to answer written discovery on or before June 30, 2014. Plaintiff is to be deposed by July 30, 2014. The parties anticipate that by September 30, 2014, five (5) Defendant employee depositions will be taken. It is anticipated that on that date, the parties will know if additional party depositions are needed, and will know which medical treaters depositions will be needed.

  **J.** **Trial**: Possible trial date is unknown at this time. The parties estimate that trial will be one (1) week.

  **K.** The parties consent to proceed before a magistrate judge.

  **L.** **Status of Settlement Discussions:** To date no settlement discussions have proceeded and no settlement demand has been made.

14927271

M. The parties do not request a settlement conference, as settlement is not possible at this time, due to issues related to Jewel's claim of insurance coverage by American Greetings Corporation. However, American Greetings Corporation is amenable to conducting a settlement conference once the insurance coverage issues are resolved.

Respectfully Submitted,

| /s/OctavioDuran, Jr | /s/ Theodore J. Castanes | /s/ Paul W. Daugherity |
|---|---|---|
| Octavio Duran, Jr. | Theodore J. Castanes | P. Scott Ritchie |
| Willens Law Offices, PC | Kavathas & Castanes | Paul W. Daugherity |
| 30 N. LaSalle St., Suite 3450 | 33 N. Dearborn St., Suite 502 | Clausen Miller P.C. |
| Chicago, IL 60602 | Chicago, IL 60602 | 10 South LaSalle Street |
| (312) 957-4166 | (312) 332-1700 | Chicago, Illinois 60603-1098 |
| (312) 726-7347 (fax) | (312) 332-0654 (fax) | 312/855-1010 |
| oduran@willenslaw.com (e-mail) | Ted@k-c.net (e-mail) | (312) 606-7500 |
| Attorneys for Plaintiff | Attorneys for Jewel Food Stores, Inc. | pritchie@clausen.com (email) |
| | | pdaugherity@clausen.com (email) |
| | | Attorneys for Defendant American Greetings Corporation |

4

14927271

# **CERTIFICATE OF SERVICE**

I hereby certify that on the **21st day of May, 2014**, I electronically filed the foregoing **Joint Status Report**, thereto with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Octavio Duran, Jr.
Willens Law Offices, PC
30 North LaSalle Street
Suite 3450
Chicago, IL 60602
(312) 957-4166
(312) 726-7347 (fax)
oduran@willenslaw.com (e-mail)
Attorneys for Plaintiff

Theodore J. Castanes
Kavathas & Castanes
33 North Dearborn Street, Suite 502
Chicago, IL 60602
(312) 332-1700
(312) 332-0654 (fax)
Ted@k-c.net (e-mail)
Attorneys for Jewel Food Stores, Inc.

/s/ *Paul W. Daugherity*
PAUL W. DAUGHERITY
CLAUSEN MILLER P.C.

P. SCOTT RITCHIE
PAUL W. DAUGHERITY
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Defendant AMERICAN GREETINGS CORPORATION

5

14927271