23-6688-00-8/PSR

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY MELSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN GREETINGS CORPORATION, )<br>and, JEWEL FOOD STORES, INC., )<br>)<br>Defendants. )<br>_____ )<br>)<br>JEWEL FOOD STORES, Inc., )<br>)<br>Defendant/Cross-Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN GREETINGS CORPORATION, )<br>)<br>Defendant/Cross-Defendant. ) | No. 14-CV-01624<br><br>Judge: Robert M. Dow, Jr.<br>Magistrate Judge Mary M. Rowland |

## **JOINT MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(C), Defendants, AMERICAN GREETINGS CORPORATION, by and through its attorneys, P. SCOTT RITCHIE, PAUL W. DAUGHERITY, and JEWEL FOOD STORES, INC., by and through its attorneys, Ted Castanes and Samuel A. Kavathas, request that this court find that good cause exists for the issuance of a protective order pertaining to documents containing business and trade secrets, in support of this motion, Defendants state as follows:

14963751

1. Plaintiff, Mary Melson ("Plaintiff"), in the underlying complaint has alleged that she suffered physical injury due to falling while the premises of Defendant Jewel food stores, Inc.

2. Defendant Jewel Food Stores has filed a Crossclaim Complaint against Defendant American Greetings Corporation.

3. The Cross-claim Complaint filed by Jewel Food Stores sounds in contribution, and alleges that Defendant American Greetings Corporation, is the party responsible for Plaintiff's injuries, and that Jewel may seek indemnity from Co-Defendant American Greetings Corporation.

4. Documents and information likely to be produced in this case, including information that Defendants American Greetings Corporation and Jewel Food Stores, Inc. are required to produce, are not otherwise available to the public, and may contain confidential and proprietary information related to their business and business operation. Disclosure of these documents and information contained therein could adversely affect American Greetings Corporation and Jewel Food Stores, Inc. and their clients that are not parties to this litigation.

5. The interests of no party to this action, nor of the public, will be affected adversely if the Court issues this Protective Order.

6. All parties to this litigation have agreed to the entry of the attached protective order. (Proposed Protective Order is attached as Exhibit A.)

14963751

WHEREFORE, Defendants, American Greetings Corporation and Jewel Food Stores, Inc. respectfully request that this court enter the attached proposed protective order.

Respectfully Submitted,

| */s/ Theodore J. Castanes* | */s/ Paul W. Daugherity* |
|---|---|
| Theodore J. Castanes | P. Scott Ritchie |
| Kavathas & Castanes | Paul W. Daugherity |
| 33 N. Dearborn St., Suite 502 | Clausen Miller P.C. |
| Chicago, IL 60602 | 10 South LaSalle Street |
| (312) 332-1700 | Chicago, Illinois 60603-1098 |
| (312) 332-0654 (fax) | 312/855-1010 |
| Ted@k-c.net (e-mail) | (312) 606-7500 |
| Attorneys for Jewel Food Stores, Inc. | pritchie@clausen.com (email) |
| | pdaugherity@clausen.com (email) |
| | Attorneys for American Greetings Corporation |

3

14963751

## CERTIFICATE OF SERVICE

Please take notice that upon the 18th day of **June, 2014**, we have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, AMERICAN GREETINGS CORPORATION and JEWEL FOOD STORES, INC.'s **Joint Motion for Protective Order,** and notice of this filing will be sent to all parties electronically.

| | |
|---|---|
| Octavia Duran | Theodore J. Castanes |
| WILLENS LAW OFFICES, PC | Kavathas & Castanes |
| 30 North LaSalle Street | 33 North Dearborn Street, Suite 502 |
| Suite 3450 | Chicago, IL 60602 |
| Chicago, IL 60602 | (312) 332-1700 |
| (312) 957-4166 | (312) 332-0654 (fax) |
| (312) 726-7347 (fax) | Ted@k-c.net (e-mail) |
| oduran@willenslaw.com (e-mail) | Attorneys for Jewel-Osco a/k/a New Albertson's, Inc., |
| Attorneys for Plaintiff | a/k/a Supervalu, Inc. |

/s/ *Paul W. Daugherity*
_____
PAUL W. DAUGHERITY
CLAUSEN MILLER P.C.

P. SCOTT RITCHIE
PAUL W. DAUGHERITY
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for American Greetings Corporation

4

14963751